IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARVIN LEWIS JONES, JR.                                                         PLAINTIFF

v.                          Civil No. 1:11-cv-01058

CHANCE HANKINS                                                                  DEFENDANT

## REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Marvin Jones filed this case *pro se* pursuant to 42 U.S.C. § 1983 on February 7, 2011. ECF No. 2. Plaintiff is currently incarcerated in the East Arkansas Regional Unit of the Arkansas Department of Corrections in Brickeys, Arkansas. Now before the Court is the parties' Joint Motion to Dismiss (ECF No. 24).

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. After careful consideration, the undersigned makes the following Report and Recommendation.

Plaintiff filed his Complaint on February 7, 2011 alleging claims against Defendant Chance Hankins. ECF No. 2. The Court ordered service on Defendant and he filed an Answer on September 19, 2012. ECF No. 15. The Court granted Defendants leave to depose Plaintiff on May 1, 2013. ECF No. 17. The Court then set this matter for evidentiary hearing. ECF Nos. 18, 21, & 23. On August 29, 2013, the parties filed the instant Joint Motion to Dismiss stating the parties entered into a settlement agreement, and requesting Plaintiff's Complaint be dismissed with prejudice pursuant to such settlement agreement. ECF No. 24.

1

For the foregoing reasons, I recommend the parties' Joint Motion to Dismiss (ECF No. 24) be **GRANTED** and Plaintiff's Complaint be **DISMISSED** with prejudice pursuant to the parties settlement agreement.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED this 16th day of September 2013.**

> /s/ Barry A. Bryant
> HON. BARRY A. BRYANT
> UNITED STATES MAGISTRATE JUDGE