IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARVIN LEWIS JONES, JR.                                                              PLAINTIFF

vs.                                          Civil No. 11-CV-1058

CHANCE HANKINS                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 16, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 25). Judge Bryant recommends that the parties' Joint Motion to Dismiss (ECF No. 24) be dismissed with prejudice pursuant to the settlement agreement. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. The parties' Joint Motion to Dismiss (ECF No. 24) is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 16th day of October, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge